USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Ellick,

Plaintiff,

-against-

Ellick, et al.,

Defendants.
---------------------------------------------------------------X

21-cv-09124-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On August 25, 2026, the Court directed Defense counsel to submit a letter by September 1, 2026 on the status of certain outstanding utility bills and whether they will result in interruption of electric service to the property at issue. (ECF No. 08/25/2026). The Court has not yet received any such letter. Defense counsel is reminded to submit a letter, which is now due **September 4, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
September 2, 2026

VICTORIA REZNIK
United States Magistrate Judge